UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-80438-CIV-COHN/SELTZER

MICHAEL BRAUSER, an individual,
DRU SCHMITT, an individual, and
MICHAEL HERMAN, an individual

      Plaintiffs,
v.

SUNAIR SERVICES CORPORATION, et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 27]. Having reviewed the Notice, the record in this case and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Complaint in the above-captioned action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1). All claims against Defendant Sunair Services Corporation are **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that all pending motions are **DENIED** as moot. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 15th day of July, 2010.

                                          JAMES I. COHN
                                          United States District Judge

Copies provided to:

Counsel of record